Exh. 9

**56**                                                    *AFTE Journal -- Volume 50 Number 1 -- Winter 2018*

# Isolated Pairs Research Study

*By: Mark A. Keisler, Stacey Hartman, Angela Kilmon, Melissa Oberg, and Mitzi Templeton, Indiana State Police Laboratory*

**Keywords: 40 S&W, cartridge case, error rate, exclusion, identification, inconclusive, NAS, National Academy of Science Report, PCAST, statistics**

***ABSTRACT***

***This research looked into whether a trained, qualified firearm examiner can make a determination using pattern matching techniques in the absence of a firearm, test fires, and case information. Test kits included 20 samples consisting of two cartridge cases in each sample. Each examiner was asked to make a conclusion as to identification, exclusion, or inconclusive on the pair in each sample. As of September 2016, 126 examiners from across the world have participated, with an overall error rate of 0%, sensitivity of 99.7%, and specificity of 79.9 %.***

## Introduction

In 2009 the National Academy of Science released its report, "Strengthening Forensic Science in the United States: A Path Forward" [1]. Recommendation #3 specifically stated, "Research is needed to address issues of accuracy, reliability, and validity in the forensic science disciplines" [1]. Since issuing their recommendations, both academics and practitioners have been conscientiously working to answer this call. Many in the field of forensic firearms identification would agree that countless research studies have been completed and validated; however, no one would argue against the proposition that more work would only be beneficial to further strengthen our discipline. Members of the Indiana State Police Laboratory organized, assembled, and distributed a research study in 2012 that helps meet this recommendation.

## Hypothesis

Absent a firearm or any supporting information, a firearm examiner can reach a correct conclusion when comparing two unknown 40 S&W cartridge cases. Correct conclusions are defined as any answer that is not a false positive or a false negative. Inconclusive answers are not considered incorrect when the Association of Firearm and Toolmark Examiners (AFTE) Theory of Identification [2] is utilized.

## Materials and Methods

*Test design*

Each test kit was designed to simulate real casework by providing only what is needed to complete an exam. No case synopsis or related information was given to the participant. The test kits were designed for independent comparisons, meaning the participant was to compare the two cartridge cases in each sample envelope to each other and not the other sample envelopes within the test kit itself. All the firearms used in this research had similar class characteristics except one; however, the participants were unaware of how many firearms were represented in this study. For each test kit there were a total of 12 true identifications and 8 true exclusions.

*Materials*

For this research study, CCI 40 S&W caliber, 180-grain Gold Dot ammunition was selected due to an abundance in the laboratory. Nine 40 S&W caliber pistols were selected from the Indiana State Police Firearms Reference Collection, which is comprised of confiscated firearms or public donations (**Table 1**). The nine pistols were initially test fired with three Gold Dot cartridges. The test-fired cartridge cases were recovered and evaluated for class and individual characteristics.

| Make | Model | Caliber | Serial number |
|---|---|---|---|
| Glock | 22 | 40 | BTK137 |
| Glock | 23 | 40 | ACZ682 |
| Glock | 23 | 40 | BZR800 |
| Glock | 27 | 40 | DGV668 |
| HK | USP Compact | 40 | 26-011212 |
| Smith & Wesson | SW40V | 40 | PAZ5764 |
| Smith & Wesson | SW40V | 40 | PAW6619 |
| Smith & Wesson | SW40VE | 40 | PAY4932 |
| Smith & Wesson | SW40V | 40 | PAM5409 |

**Table 1: Firearms used in research**

Date Received: February 13, 2017
Peer Review Completed: June 12, 2017

*Packet Preparation*

All 35 assembled kits and sample envelopes were created alike. Each kit contained 20 individual sample envelopes which contained two cartridge cases each. Each cartridge case was etched with the sample number. Lastly, each kit contained an instructional sheet, a short questionnaire, and a response sheet. Participants were instructed to only compare the two cartridge cases in each separate sample envelope and come to a conclusion of Identification, Exclusion, or Inconclusive. Next, test preparers randomly selected 20% of the assembled kits to insure accuracy of the prepared kits. In August of 2012, before the kits were officially released, the first five kits were given to Indiana State Police firearm examiners not involved in the organization of this study. They submitted their answers according to the protocol on the information sheet and returned them with feedback. Once completed, 34 of the 35 kits were sent to participants who volunteered via the AFTE Website Forum. One kit was retained for quality assurance purposes. As kits were returned, they were checked and sent to new participants.

**Results**

**Table 2** summarizes the involvement of those who participated in the study, as of September 2016.

In regards to participation, 27 states and 4 foreign countries have participated in the study. These countries include: Australia, Canada, Israel, and the Netherlands.

*Statistical Analysis*

**Table 3** summarizes the data acquired from this study. As of September 2016, a total of 126 answer sheets were completed, which equates to a total number of 1512 true identifications and 1008 true exclusions possible. There were 1508 correct identifications and 805 correct exclusions rendered from test participants. There were a total of 207 inconclusive responses. No false positive or false negative results were reported. In all, 126 examiners from across the world have participated in this study, with an overall error rate of 0%, sensitivity of 99.7%, and specificity of 79.9%[1].

**Discussion**

A confidence interval could not be tabulated for the results due to non-normal distributions observed in reported data, which

[1]Sensitivity was defined as the number of positive conclusions (identifications) actually obtained from the test divided by the number of true positives (true identifications). Specificity is the number of negative conclusions (eliminations) actually obtained from a test divided by the number of true negatives possible (true eliminations) [3].

| | |
|---|---|
| Number of Kits Completed | 126 |
| Average Experience of the Examiner | 12 Years |
| Average Amount of Training Received | 2.3 Years |
| Number of Accredited Laboratories Completing Study | 103 Accredited Laboratories |
| Average Amount of Time to Complete the Study | 2.35 Hours |

**Table 2: Participation**

| | |
|---|---|
| Total # of True Identifications possible | 1512 |
| Total # of reported Identifications | 1508 |
| Sensitivity | 1508/1512 = 0.997 (99.7%) |
| Total # of True Exclusions possible | 1008 |
| Total # of reported Exclusions | 805 |
| Specificity | 805/1008 = 0.799 (79.9%) |
| Confidence Interval | See Discussion |

**Table 3: Statistical Analysis**

is similar to a research study conducted by T.P. Smith, et al [3]. This research included eighteen within-class comparisons and two out-of-class comparisons in each kit. For the within-class comparison, the Smith & Wesson firearms used in this study were the old type of Smith & Wesson firearms that have observed class characteristics similar to Glock firearms (ex: both exhibit elliptical firing pin impressions and rectangular firing pin aperture flowback). The two out-of-class comparisons contained an easy exclusion for examiners based on a difference in class characteristics (ex: hemispherical firing pin impression versus an elliptical firing pin impression).

Participants made a higher number of identification conclusions than exclusions in this study. Only two examiners out of 126 came to an inconclusive result when they should have made an identification. Of the two examiners, one examiner made three inconclusive results on identifiable comparisons and the other examiner made one inconclusive result on an identifiable comparison. The sample kits that the two examiners used were also completed by other participants who came to definitive conclusions, indicating that the level of difficulty of the sample kits was not the issue.

In regards to exclusions, 100 percent of the participants in this study came to a correct exclusion with the out-of-

class comparisons. However, when performing within-class comparisons, participants were less likely to make an exclusion. The total number of true exclusions was 1008, with the number of reported correct eliminations being 805, which is a difference of 203. There are several possibilities for this observed difference. For instance, on the response sheet participants were asked if their laboratory had a policy which does not allow examiners to exclude based on individual characteristics. Participants were told on the instruction sheet to complete the research study like they would casework. So it is unclear if participants did not understand the question and statement, misread the question and statement, or deviated from laboratory policy when participating in the research because some of the participants who answered yes to the question then made exclusions based on individual characteristics. On the other hand, many participants answered "yes" to the laboratory policy question and answered "inconclusive" on all within-class comparisons that could have been correctly excluded. Other factors for inconclusive results in this research as reported by participants are: no firearm to observe reproducibility of individual characteristics, limited sample pool, and only two cartridge cases to observe.

Another important factor is to look specifically at the within-class exclusion answers reported, minus the data reported for total amount of exclusions. In this study, minus the out-of-class exclusions, there were a total of 756 true exclusions and 553 reported exclusions by participants. This drops the specificity of the study to 0.731 (73.1%) as opposed to 0.799 (79.9%) from the full responses.

## Conclusions

This study clearly indicates that a trained, qualified firearm examiner is able to correctly identify and exclude cartridge as having been fired from the same firearm when given limited information, within the parameters used in this study. In this particular study, participants were instructed to only compare the two cartridge cases in each individual sample envelope and come to a conclusion of Identification, Exclusion, or Inconclusive. A participant's answer to one set was not dependent on the answers from another set, which has been a criticism of some types of research [4]. As evident by the results, 126 participant examiners were able to reach correct conclusions with no false positives or false negatives. There are ways in which this research could be improved, such as making it clear that participants are to follow their laboratory policy when participating in research. Also of special note, it is unclear if participants used quality assurance measures, such as verifications, when conducting this research. This study will continue in upcoming years to provide a larger database of results to prove or disprove the stated hypothesis. If you wish to participate, please contact any of the aforementioned authors.

## Acknowledgements

The authors would like to thank all the participants who have graciously volunteered their time to participate in this study thus far.

## References

[1] National Academy of Sciences. "Strengthening Forensic Science in the United States: A Path Forward," Washington, DC: The National Academies Press, 2009.
[2] Association of Firearm and Toolmark Examiners Training and Standardization Committee, AFTE Glossary, 6th Edition 2013, p. 121.
[3] Smith, T.P. Smith, G.A., and Snipes, J.B., "A Validation Study of Bullet and Cartridge Case Comparisons Using Samples Representative of Actual Casework." Journal of Forensic Sciences, Vol. 61, No. 4, 2016, pp. 939-946.
[4] President's Council of Advisors on Science and Technology, "Report on Forensic Science in Criminal Courts: Ensuring Scientific Validity of Feature-Comparison Methods," 2016, p. 106.