# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.:  19-358 (RC) |
| | : | |
| DEMONTRA HARRIS, | : | |
| | : | |
| Defendant. | : | |

# **ORDER**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, it is hereby **ORDERED** that Mr. Harris's Motion to Suppress Statements (ECF No. 60) and Motions to Disclose (ECF No. 61 & 62) are **DENIED**.

**SO ORDERED**.

Dated:  March 26, 2021                                                                RUDOLPH CONTRERAS
                                                                                                    United States District Judge